UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT B. WILLIAMS,

     Plaintiff,                                  Case No. 18-cv-11060
                                                        Hon. Matthew F. Leitman

v.

THOMAS O. WINN and
TIA CLARK,

     Defendants.

_____/

## ORDER FOR APPOINTMENT OF COUNSEL
## AND STAYING PROCEEDINGS

The Court has determined that Plaintiff Robert B. Williams would benefit from the assistance of counsel in this matter. The Court will therefore attempt to obtain *pro bono* counsel for Williams.

Accordingly, **IT IS HEREBY ORDERED** that this matter is **REFERRED** to the Court's *pro bono* program for the appointment of counsel. **IT IS FURTHER ORDERED** that this action will be stayed for a period of 90 days while the Court attempts to obtain *pro bono* counsel for Williams. If *pro bono* counsel is not obtained within 90 days, the stay will be lifted, and Williams will proceed *pro se*.

**IT IS SO ORDERED**.

                                   s/Matthew F. Leitman
                                   MATTHEW F. LEITMAN
Dated:  July 20, 2021            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 20, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764